Lisa S. Kantor, Esq. State Bar No. 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)

*Attorneys for Plaintiff,*
*Garrison L. Sandberg*

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
E-mail: gpimstone@manatt.com
CRAIG S. BLOOMGARDEN (Bar No. CA 110241)
E-mail: CBloomgarden@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: abriggs@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
E-mail: aknudsen@manatt.com
One EmbarcaderoCenter, 30th Floor
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

*Attorneys for Defendant*
*California Physicians' Service d/b/a Blue Shield Of California*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRISON L. SANDBERG,

Plaintiff,

vs.

CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,

Defendant.

Case No.: CV 12-03026 SBA

**JOINT STIPULATION RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; [~~PROPOSED~~] ORDER**

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

IT IS HEREBY STIPULATED by and between Plaintiff, Garrison L. Sandberg, by and through his attorneys of record, Kantor & Kantor LLP, and Defendant California Physicians' Service d/b/a Blue Shield Of California ("Defendant," or "Blue Shield"), by and through its attorneys of record, that::

1. On October 9, 2012, Blue Shield filed a Motion to Dismiss Plaintiff's second claim for relief in Plaintiff's First Amended Complaint. (ECF No. 28). The hearing on the Motion to Dismiss was noticed for November 16, 2012. At the time, the matter was assigned to the Honorable Charles R. Breyer.

2. On October 19, 2012, Judge Breyer filed an Order of Recusal in the matter and requested that the case be reassigned. (ECF No. 31).

3. On October 19, 2012, the case was reassigned to the Honorable Saundra B. Armstrong. (ECF No. 32). The hearing date for the motion to dismiss was vacated.

4. Plaintiff's opposition to the motion to dismiss was due on October 23, 2012. However, Plaintiff's counsel's office incorrectly calendared the responsive deadline for the motion to dismiss when the case was reassigned to Judge Armstrong.

5. On October 30, 2012, Blue Shield re-noticed the hearing on the motion to dismiss for January 22, 2013. (ECF No. 35). Blue Shield filed a reply in support of its Motion to Dismiss as well, noting that Plaintiff had not opposed Blue Shield's Motion to Dismiss. (ECF No. 34).

6. Notwithstanding Plaintiff's failure to file a timely opposition brief and Blue Shield's position that Plaintiff's Second Claim for Relief (the only claim at issue in the Motion to Dismiss) fails as a matter of law, Blue Shield agrees that Plaintiff may file an opposition to Blue Shield's Motion to Dismiss if permitted by the Court to do so.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

7. The parties further agree that Blue Shield shall not be prejudiced by this stipulation.

8. Plaintiff's Opposition to Defendant's Motion to Dismiss is lodged concurrently with this Joint Stipulation.

9. The parties agree that Blue Shield may file a reply to Plaintiff's opposition to the motion to dismiss within 7 days after any Order by this Court permitting Plaintiff to file an Opposition.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 14, 2012

KANTOR & KANTOR LLP

BY: /s/ Elizabeth K. Green
Elizabeth K. Green
Attorneys for Plaintiff
Garrison L. Sandberg

Dated: November 14, 2012

MANATT, PHELPS & PHILLIPS, LLP

BY: /s/ Amanda M. Knudsen
Amanda M. Knudsen
Attorneys for Defendant
California Physicians' Service
d/b/a Blue Shield Of California

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Elizabeth K. Green hereby attests that concurrence in the filing of this document has been obtained.*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[~~PROPOSED~~] ORDER

The Court, having considered the parties' Joint Stipulation Re Plaintiff's Opposition To Defendant's Motion To Dismiss, and finding good cause thereon, hereby orders that Plaintiff's Opposition to Defendant's Motion to Dismiss is deemed filed as of the date of this Order. Defendant may file and serve its reply to Plaintiff's opposition, in accordance with Local Rule 7-3(c), not more than 7 days after the date of this Order permitting Plaintiff to file an Opposition. *The parties shall deliver courtesy copies of all motion papers to Judge Armstrong at the Clerk's Office at the Oakland Courthouse within 14 days of the date this order is filed.*

IT IS SO ORDERED.

Dated: 11-16-12

Saundra B Armstrong
UNITED STATES DISTRICT COURT
HON.SAUNDRA BROWN ARMSTRONG

305537762.2