KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON L. SANDBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A/ BLUE SHIELD OF CALIFORNIA,<br><br>    Defendant. | Case No.:   CV 12-03026 SBA<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

    IT IS HEREBY ORDERED that this action, Case No. CV 12-03026 SBA is dismissed in its entirety, with prejudice.

    IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: _1/17/13                                       _/s/ Saundra B. Armstrong_____
                                                   Honorable Saundra Brown Armstrong
                                                 United States District Court Judge